**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Irene Pedro and Lavontay Pierson, Defendants,

of whom Lavontay Pierson is the Appellant

and

Irene Pedro is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-000816

---

Appeal From Richland County
Michelle M. Hurley, Family Court Judge

---

Unpublished Opinion No. 2025-UP-316
Submitted September 2, 2025 – Filed September 11, 2025

---

**AFFIRMED**

---

Nancy Carol Fennell, of Irmo, for Appellant.

Mathias Genard Chaplin, of Law Office of Mathias G. Chaplin, of Columbia, for Respondent Irene Pedro.

Becky M. Milholland, of the South Carolina Department of Social Services, of Columbia, for Respondent South Carolina Department of Social Services.

Cecelia Ann Clark-Donato, of Richland County CASA, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:** Lavontay Pierson appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.